# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Richard Hostetter, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. ) 13-3058-CV-S-JTM |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) ) |

## O R D E R

On Thursday, February 20, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed June 14, 2013, [Doc.8] and the *Brief For Defendant*, filed August 28, 2013, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

　　　　　　　　　　　　　　　　　　　　*/s/ John T. Maughmer*
　　　　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**